FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY T. McHENRY, | |
| Petitioner, | No. CIV S-06-2118 MCE KJM P |
| vs. | |
| T. FELKER, Warden, et al., | |
| Respondents. | ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The application attacks a conviction issued by the Contra Costa County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 | matter is transferred to the United States District Court for the Northern District of California.

DATED: 10/16/06

_____
UNITED STATES MAGISTRATE JUDGE

/mp
mche2118.108

2